UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ABREU,

                          Plaintiff,

          – against –

NYC DOC, NYC HEALTH AND HOSPITALS,
CAPTAIN MOHAMAD, OFFICER MARSHALL,
JOHN DOE 1-2,

                          Defendants.

**ORDER**

19 Civ. 2990 (ER)

RAMOS, D.J.

        On September 17, 2019, Defendants City of New York and New York City Health and

Hospitals filed a motion to dismiss the complaint.  Doc. 21.  Plaintiff Kevin Abreu has yet to

respond to the motion.  Accordingly, Plaintiff is directed to file a response to the motion by

**May 7, 2020**.  Failure to do so may result in the Court considering the motion as unopposed.

        Chambers will mail a copy of this Order and the motion papers (Docs. 21-23) to Plaintiff,

addressed to Kevin Abreu, 98-11 Corona Ave., Queens, New York 11368.


        It is SO ORDERED.


Dated: April 9, 2020
       New York, New York

                                        _____
                                        Edgardo Ramos, U.S.D.J.


Copies Mailed to Plaintiff
Chambers of Edgardo Ramos